B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Shanta Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA St. Anne's Convalescent Center | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>38-2529294 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>6232 Cadieux Rd.<br>Detroit, MI<br>ZIP Code: 48224 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Wayne | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>721 Elmwood<br>Troy, MI<br>ZIP Code: 48083 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Shanta Corporation |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: Eastern District of Michigan | Case Number: 12-43956 | Date Filed: 2/22/12 |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Shanta Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Michael E. Baum
Signature of Attorney for Debtor(s)

Michael E. Baum (P29446)
Printed Name of Attorney for Debtor(s)

Schafer and Weiner, PLLC
Firm Name

40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

Address

              Email: mbaum@schaferandweiner.com
(248) 540-3340
Telephone Number

March 24, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Bradley Mali
Signature of Authorized Individual

Bradley Mali
Printed Name of Authorized Individual

President
Title of Authorized Individual

March 24, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re   Shanta Corporation                                       ,      Case No. _____

Debtor

Chapter    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fusion Holdings, LLC<br>721 Elmwood<br>Troy, MI 48083 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   March 24, 2015                  Signature  /s/ Bradley Mali

                                                                                              Bradley Mali
                                                                           President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Shanta Corporation
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: March 24, 2015

/s/ Bradley Mali
Bradley Mali/President
Signer/Title

3M Cogent, Inc.
P.O. Box 845552
Dallas, TX 75284-5552


Accident Fund
Dept. 77125
P.O. Box 77000
Detroit, MI 48277-0125


Ace Transportation
P.O. Box 374
Royal Oak, MI 48068-0374


AllMed Medical
6321 Commerce Dr.
Westland, MI 48185


Allscripts
24630 Network Place
Chicago, IL 60673-1246


America's Best Medical
1566 Akron-Peninsula Rd.
Akron, OH 44313


American Arbitration Association
950 Warren Ave.
East Providence, RI 02914


Amerisource Industrial Supply Co.
9145 Vincent
Detroit, MI 48211


Beaumont Hospitals
Business Center
750 Stephenson Hwy.
P.O. Box 5042
Troy, MI 48007-5042


Bradley Mali
721 Elmwood
Troy, MI 48083

Chiman Patel
46036 Michigan Ave., Ste. 108
Canton, MI 48188


City of Detroit Finance Department
Treasury Division, CAYMC
2 Woodward Ave., Ste. 136
Detroit, MI 48226


City of Detroit Fire Department
1301 3rd Street
Detroit, MI 48226


City of Detroit-Licenses
City of Detroit Bldg, Safety Eng. & Envi
Coleman A Young Municipal Ctr
Detroit, MI 48226


City of Detroit/Water & Sewage Dept
PO Box 32711
Detroit, MI 48232-0711


Coropration Service Company
1201 Hayes St.
Tallahassee, FL 32301


Detroit Chemical & Paper Co
PO Box 1203
Warren, MI 48090-1203


Direct TV
P.O. Box 60036
Los Angeles, CA 90060-0036


DMC University Laboratories
Patient Accounting
Dept. 4674
Carol Stream, IL 60122-4674


DMC-VHS of Michigan
Dept. 4674
Carol Stream, IL 60122-4674

DTE Energy
One Energy Plaza
Detroit, MI 48226


ECOLAB
P.O. Box 70343
Chicago, IL 60673-0343


Elite Medical Equip & Supplies
22410 Harper Ave., Ste. B
St. Clair Shores, MI 48080


Etelrx
21811 Kelly Rd, Ste 109
Eastpointe, MI 48021


First Choice Medical Supply
P.O. Box 3608
Jackson, MS 39207


Flat Iron Capital
Wells Fargo #613 Insurance Services
4000 Town Center, Ste. 800
Southfield, MI 48075


God Speed Transportation
18630 Washburn
Detroit, MI 48221


Gordon Food Service
Payment Processing Center
Dept. CH 10490
Palatine, IL 60055


Green Mountain Finance Fund, LLC
55 N. Water Street, Ste. 3
Norwalk, CT 06854


Hamlin & Burton Liability Mgmt Inc
615 Cresent Executive Ste 212
Lake Mary, FL 32746


HD Supply
P.O. Box 509058
San Diego, CA 92150-9058

Honigman Miller Schwartz Cohn, LLP
660 Woodward, Ste. 2290
Detroit, MI 48226


HP Products
P.O. Box 68310
Indianapolis, IN 46268


HPS
3275 N. M-37 Highway
P.O. Box 247
Middleville, MI 49333-0247


HPSI Purchasing Services
P.O. Box 9382
Wyoming, MI 49509


Integra Healthcare Equipment
747 N. Church Rd., Ste. G7
Elmhurst, IL 60126


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iron Mountain Records Management
P.O. Box 27128
New York, NY 10087-7128


IRS
1270 Pontiac Road
Pontiac, MI 48340


Jackson Associates, Inc.
1111 West Oakley Park Road
Walled Lake, MI 48390-1252


JAK Bread, LLC
P.O. Box 436
Clawson, MI 48017-0436


Karla Atchoo
Karla Atchoo & Associates, Inc.
4512 S. Shore St.
Waterford, MI 48328

Kevin M. Check, P.C.
30150 Telegraph Rd., Ste. 444
Franklin, MI 48025


Kitch Drutchas Wagner Valitutti
1 Woodward Ave  Ste 2400
Detroit, MI 48226-5485


Kline Medical
42150 Mound Rd
Sterling Heights, MI 48314


Kristin Mali
c/o 721 Elmwood
Troy, MI 48083


Loving Touch Transportation
51194 Romeo Plank  #353
Macomb, MI 48042


Mark Merlanti, Esq.
Finkel Whitefield Selik
32300 Northwestern Hwy., Ste. 200
Farmington, MI 48334


Medical Diagonistic Services
4479 Pontiac Lake Rd  Ste 1D
Waterford, MI 48238


MI Dept of Community Health
Cashier's Office
P O Box 30437
Lansing, MI 48909


MI Dept of Treasury-Collections
P.O. Box 30199
Lansing, MI 48909


Michigan Department of Treasury
Lansing, MI 48922


Mission Point Management Services, LLC
721 Elmwood
Troy, MI 48083

Mission Point Mgmt. Services, LLC
721 Elmwood
Troy, MI 48083


Pacific Telemanagement Service
2001 Crow Canyon Rd., Ste. 200
San Ramon, CA 94583


Premco Financial Corporation
P.O. Box 19637
Kalamazoo, MI 49019-0367


Quest Diagnostics, Inc.
13138 Collections Ctr Dr
Chicago, IL 60693


Rajesh Patel
46036 Michigan Ave., #108
Canton, MI 48188


Raymond J. Wojtowicz
Wayne County Treasurer
400 Monroe, 5th Floor
Detroit, MI 48226


RC Mechanical Services, Inc.
PO Box 51277
Livonia, MI 48151


Rehab Solutions, Inc.
3029 Senna Dr.
Matthews, NC 28105


Rehabilitation Masters and
Caleb Simon
37637 Five Mile Rd, #259
Livonia, MI 48154


Reliance Pharmacy Services
4902 DeWitt Road, Ste. 104
Canton, MI 48188


Republic Waste Services #241
P.O. Box 9001099
Louisville, KY 40290-1099

Richard N. Block, Arbitrator
1965 Rutgers
East Lansing, MI 48823


Ricoh USA, Inc.
P.O. Box 802815
Chicago, IL 60680-2815


Service Care, Inc.
13147 Balfour
Huntington Woods, MI 48070


Shanta Mali
c/o 721 Elmwood
Troy, MI 48083


Sleep Solutions
1280 Big Beaver  Ste B
Troy, MI 48083


St Clair Orthopaedic & Sports
45441 Heydenreich Rd
Macomb, MI 48044-6601


Stanley Healthcare Solutions
Dept CH 10504
Palatine, IL 60055-0504


State of Michigan UIA
P O Box 33598
Detroit, MI 48232-5598


Sun Office Products
15508 E. 19th Ave. Unit H
Aurora, CO 80011


The Fred Barton Company, Inc.
565 E. Milwaukee
Detroit, MI 48202


Therapy Management, Inc.
7201 West Side Saginaw Rd., Unit 5
Bay City, MI 48706-8327

Toledo Elevator & Machine Co.
1402 Jackson St.
Toledo, OH 43604


Topwater Capital Partners, LLC
55 North Water Street, Ste, 3
Norwalk, CT 06854


Total Healthcare USA
P.O. Box 674410
Detroit, MI 48267-4410


Treasurer, City of Detroit Income Tax
Dept 131901
PO Box 67000
Detroit, MI 48267-1319


Tri State Surgical West
409 Hoyt
Brooklyn, NY 11231


Tristar LTC, LLC
32 Agate Way
Williamston, MI 48895


Ultra-Chem, Inc.
PO Box 3717
Shawnee Mission, KS 66203-0717


VPA Diagnostics
U.S. Medical Mgmt. Attn:Sarah Munroe
Legal Dept. 500 Kirts
Troy, MI 48084


VPH Pharmacy
5376 Miller Rd.
Swartz Creek, MI 48473