B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Michigan

In re   Shanta Corporation

Debtor(s)

Case No.

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| City of Detroit/Water & Sewage Dept<br>PO Box 32711<br>Detroit, MI 48232-0711 | City of Detroit/Water & Sewage Dept<br>735 Randolph<br>Detroit, MI 48226<br>313-267-8000 | Utility | | 75,010.36 |
| DTE Energy<br>One Energy Plaza<br>Detroit, MI 48226 | DTE Energy<br>One Energy Plaza<br>Detroit, MI 48226<br>800-477-4747 | Utility | | 92,922.38 |
| Elite Medical Equip & Supplies<br>22410 Harper Ave., Ste. B<br>St. Clair Shores, MI 48080 | Elite Medical<br>22410 Harper Ave., Ste. B<br>St. Clair Shores, MI 48080<br>(586) 777-2929 | Trade Payable | | 16,738.89 |
| Etelrx<br>21811 Kelly Rd, Ste 109<br>Eastpointe, MI 48021 | Jerry Warnack; FAX: 586-498-2011<br>Etelrx<br>21811 Kelly Rd, Ste 109<br>Eastpointe, MI 48021<br>586-498-7600 | Trade debt | | 53,260.74 |
| First Choice Medical Supply<br>P.O. Box 3608<br>Jackson, MS 39207 | FAX: 800-921-2334<br>First Choice Medical Supply<br>127 Interstate Dr.<br>Richland, MS 39218<br>800-809-4556 | Trade Payable | | 41,964.17 |
| Honigman Miller Schwartz Cohn, LLP<br>660 Woodward, Ste. 2290<br>Detroit, MI 48226 | scrotty@honigman.com<br>Honigman Miller Schwartz Cohn, LLP<br>660 Woodward, Ste. 2290<br>Detroit, MI 48226<br>313-465-7336 | Professional Services | | 32,817.00 |
| HP Products<br>P.O. Box 68310<br>Indianapolis, IN 46268 | HP Products<br>4220 Saguaro Trail<br>Indianapolis, IN 46268<br>317-298-9957 | Trade Payable | | 7,120.14 |
| Integra Healthcare Equipment<br>747 N. Church Rd., Ste. G7<br>Elmhurst, IL 60126 | Integra Healthcare Equipment<br>747 N. Church Rd., Ste. G7<br>Elmhurst, IL 60126<br>888-828-7729 | Trade Payable | Disputed | 33,026.50 |

B4 (Official Form 4) (12/07) - Cont.

In re  Shanta Corporation
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jackson Associates, Inc.<br>1111 West Oakley Park Road<br>Walled Lake, MI 48390-1252 | rick@jacksonassociatesinc.com<br>Jackson Associates, Inc.<br>1111 West Oakley Park Road<br>Walled Lake, MI 48390<br>FAX: 248-669-5186 | Trade Payable | | 9,250.00 |
| Kitch Drutchas Wagner Valitutti<br>1 Woodward Ave  Ste 2400<br>Detroit, MI 48226-5485 | Kitch Drutchas Wagner Valitutti<br>1 Woodward Ave  Ste 2400<br>Detroit, MI 48226-5485<br>313-965-7900 | Professional Services | | 25,702.69 |
| Medical Diagonistic Services<br>4479 Pontiac Lake Rd  Ste 1D<br>Waterford, MI 48238 | Medical Diagnostic Services<br>4479 Pontiac Lake Rd  Ste 1D<br>Waterford, MI 48238<br>248-499-7618 | Trade debt | | 17,760.00 |
| Quest Diagnostics, Inc.<br>13138 Collections Ctr Dr<br>Chicago, IL 60693 | Quest Diagnostics, Inc.<br>13138 Collections Ctr Dr<br>Chicago, IL 60693<br>800-444-0106 | Trade debt | | 8,445.72 |
| Rehab Solutions, Inc.<br>3029 Senna Dr.<br>Matthews, NC 28105 | Edward D. Garrett<br>Rehab Solutions, Inc.<br>3029 Senna Dr.<br>Matthews, NC 28105<br>704-841-2115 | Trade Payable | | 128,736.96 |
| Rehabilitation Masters and Caleb Simon<br>37637 Five Mile Rd, #259<br>Livonia, MI 48154 | Rehabilitation Masters<br>37637 Five Mile Rd, #259<br>Livonia, MI 48154<br>734-576-1364 | Trade debt | Disputed | 324,187.00 |
| Reliance Pharmacy Services<br>4902 DeWitt Road, Ste. 104<br>Canton, MI 48188 | Reliance Pharmacy Services<br>4902 DeWitt Road, Ste. 104<br>Canton, MI 48188<br>734-398-7796 | Trade Payable | Disputed | 15,895.00 |
| St Clair Orthopaedic & Sports<br>45441 Heydenreich Rd<br>Macomb, MI 48044-6601 | St Clair Orthopaedic & Sports<br>45441 Heydenreich Rd<br>Macomb, MI 48044-6601<br>586-416-1300 | Trade debt | | 8,204.00 |
| Therapy Management, Inc.<br>7201 West Side Saginaw Rd., Unit 5<br>Bay City, MI 48706-8327 | zach@therapy-management.com<br>Therapy Management, Inc.<br>7201 West Side Saginaw Rd., Unit 5<br>Bay City, MI 48706-8327<br>866-414-6422 | Trade Payable | | 13,169.40 |
| Toledo Elevator & Machine Co.<br>1402 Jackson St.<br>Toledo, OH 43604 | info@toledo-elevator.com<br>Toledo Elevator & Machine Co.<br>1402 Jackson St.<br>Toledo, OH 43604<br>419-241-6422 | Trade debt | | 15,972.76 |

B4 (Official Form 4) (12/07) - Cont.

In re Shanta Corporation  
           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Tri State Surgical West<br>409 Hoyt<br>Brooklyn, NY 11231 | cs@tristatesurgical.com<br>Tri State Surgical West<br>409 Hoyt<br>Brooklyn, NY 11231<br>847-967-1818 | Trade debt | | 85,803.58 |
| VPH Pharmacy<br>5376 Miller Rd.<br>Swartz Creek, MI 48473 | info@vphrx.com<br>VPH Pharmacy<br>5376 Miller Rd.<br>Swartz Creek, MI 48473<br>FAX: 810-733-1820 | Trade debt | Disputed | 223,224.14 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 24, 2015           Signature  /s/ Bradley Mali  
                                                                       Bradley Mali  
                                                                       President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy